# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-mj-20070-KSC-LAB |
|---|---|
| Plaintiff, | **ORDER STAYING PROCEEDINGS** |
| vs. | |
| FABIAN DIAZ-TOLEDO, | |
| Defendant. | |

On July 11, 2018, Fabian Diaz-Toledo pled guilty to eluding examination or inspection in violation of 8 U.S.C. § 1325(a)(2). Dkt. No. 4. Diaz appeals his guilty plea to the district court. Dkt. No. 10. Diaz's appeal turns in part on a legal dispute about the elements of 8 U.S.C. § 1325(a)(2). Two cases pending before the United States Court of Appeals for the Ninth Circuit—*United States v. Corrales-Vazquez*, 18-50206 and *United States v. Perez-Martinez*, 18-50266—may resolve this dispute. Diaz was sentenced to time served and is no longer in custody. Dkt. Nos. 4-5.

Further proceedings in this case are stayed pending the Ninth Circuit's decision in *Corrales-Vazquez*, 18-50206 or *Perez-Martinez*, 18-50266, or until further order of the Court.

**IT IS SO ORDERED**.

Dated: March 8, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -